

Gerd W. Stabbert, Jr.
Direct Dial: (520) 529-4283
gstabbert@rllsaz.com

*Via ECF and Electronic Mail*
Failla_nysdchambers@nysd.uscourts.gov

*April 21, 2026*

Hon Katherine Polk Failla, U.S.D.J.
United Stated District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   **Princeton Medspa Partners, LLC v. Bader Enterprises, LLC, et al.**
      **Docket No. 1:26-cv-02415-KPF**
      **Bader Enterprises, LLC v. Princeton Medspa Partners, LLC**
      **Docket No. 1:26-cv-02001-KPF**

Dear Judge Polk Failla:

I represent Defendants Bader Enterprises, LLC and Katherine O'Brien in case bearing Docket No. 1:26-cv-02415 (Case #2), and Plaintiff Bader Enterprises, LLC in related case bearing Docket No. 1:26-cv-02001 (Case #1). Case #2 was originally assigned to the Honorable Jeanette A. Vargas, U.S.D.J., and proceeded under her Individual Rules of Practice in Civil Cases. Those Rules permitted Defendants' Motion to Dismiss ("Motion") [ECF 6-10] and Plaintiff's Amended Complaint [ECF 11], both as of right. *JAV Indiv. Rule 5.I.*

Later, Case #2 was reassigned to Your Honor as related to Case #1. We recognize Your Honor's Individual Rules of Practice differ from those above. Also, in the interim, Plaintiff filed a Motion to Remand and Hold Defendants' Motion to Dismiss in Abeyance [ECF 15-16], with an April 30th response deadline. If the Motion and Amended Complaint remain proper, Defendants agree to Plaintiff's limited request to hold the Motion in abeyance. Alternatively, we respectfully ask for a pre-motion conference as to the Motion under *KPF Indiv. Rule 4.A* or notify the Court that we rely on the initially filed Motion under *JAV Indiv. Rule 5.I.*

Under these Rules, we understand that the parties' respective responses to the Motion to Dismiss and the Amended Complaint would not be due until either resolution of the Motion to Remand, to which Defendants will timely respond, or until otherwise directed by this Court.

Respectfully submitted,

Gerd W. Stabbert, Jr.

cc:   Maximilian Cadmus, Esq. (via ECF)

The Firm has one or more attorneys admitted to practice in Alaska, Arizona, California, Colorado, New Hampshire, New Jersey, New York, Texas, Utah, and Washington, D.C.

6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Tel: (520) 792-4800

www.rllsaz.com
Facsimile (520) 529-4262

7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Tel: (480) 663-9800

The Court has received the above-letter seeking clarification.

The motions to dismiss filed by Bader Enterprises LLC ("Bader") and Kathleen O'Brien in Case No. 26 Civ. 2415 at docket entries 6 and 7 are hereby DENIED without prejudice for renewal given Princeton Medspa Partners, LLC's ("Princeton") filing of its First Amended Complaint ("FAC") at docket entry 11, which the Court accepts as proper.

The Court intends to resolve Princeton's motion to remand in Case No. 26 Civ. 2415 at docket entry 15 first and therefore holds in abeyance any response to the FAC by Bader and Ms. O'Brien until the resolution of the motion to remand.

Bader and Ms. O'Brien are reminded that their opposition to the motion to remand is due on or before **April 30, 2026;** and any reply is due on or before **May 7, 2026.**

The Clerk of Court is directed to terminate the pending motions at docket entries 6 and 7 in Case No. 26 Civ. 2415.

Dated:    April 22, 2026           SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE