UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| PRINCETON MEDSPA PARTNERS, LLC, <br><br> Plaintiff, <br><br> -v.- <br><br> BADER ENTERPRISES LLC, *an Arizona limited liability formerly known as* SKINJECTABLES, LLC, and KATHLEEN O'BRIEN, <br><br> Defendants. |

26 Civ. 2415 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Plaintiff's motion to remand (Dkt. #15) and Defendants' non-opposition to the motion (Dkt. #18).  In light of the parties' submissions, Plaintiff's motion is hereby GRANTED.  The Clerk of Court is directed to remand the matter back to New York State Supreme Court, New York County.

Defendant Bader Enterprises LLC is directed to file its Notice of Voluntary Dismissal in the related matter, Case No. 26 Civ. 2001, before the pre-motion conference currently scheduled for June 17, 2026.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    May 5, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge